UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JON IRBY,<br><br>             Plaintiff,<br><br>   v.<br><br>HAYNES et al.,<br><br>             Defendants. | CASE NO. 3:15-CV-05628-RJB-JRC<br><br>ORDER ON MOTION FOR CLARIFICATION |

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

      Before the Court is plaintiff's motion for clarification. Dkt. 29. Although the basis for plaintiff's motion is not clear, the Court interprets plaintiff's request for clarification as a request to serve his first amended complaint (Dkt. 19). Plaintiff states that he is seeking "assistance of the state contract attorneys office of Jean Schidler-Brown and Associates P.S. 606 Post Ave Suite 101 Seattle WA, 98104 for the purpose of proper service of summons and complaint." *Id.* Plaintiff also states he seeks service upon the Washington Attorney General's office. *Id.*

ORDER ON MOTION FOR CLARIFICATION - 1

1  However, the Court has already ordered service of plaintiff's first amended complaint on
2  all named defendants and the Washington Attorney General's office (Dkt. 30). Thus, plaintiff's
3  motion is denied as moot. To the extent that plaintiff seeks to contact Ms. Brown, Ms. Brown has
4  not entered an appearance in this case and thus, plaintiff must contact her directly without
5  assistance from the Court.

6  Dated this 28th day of December, 2015.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER ON MOTION FOR CLARIFICATION - 2