1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JON IRBY,

             Plaintiff,

    v.

HAYNES, et al.,

             Defendants.

CASE NO. C15-5628 RJB-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 71).

(2)     Plaintiff has failed to comply with a Court order and failed to pay the filing fee or
communicate with the Court. This matter is dismissed and pending motions are
denied as moot.

(3)     The Clerk is directed to send copies of this counsel for both parties and to the
Hon. J. Richard Creatura.

**DATED** this 20th day of June, 2016.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1